**STATE v. STALLINGS**

[333 N.C. 784 (1993)]

STATE OF NORTH CAROLINA v. ARTHUR MONROE STALLINGS

No. 347PA92

(Filed 4 June 1993)

On discretionary review of the decision of the Court of Appeals, 107 N.C. App. 241, 419 S.E.2d 586 (1992), finding no error in the defendant's trial by Long (James M.), J., at the 20 August 1990 Session of Superior Court, Guilford County. Heard in the Supreme Court 11 May 1993.

*Michael F. Easley, Attorney General, by Isham B. Hudson, Jr., Special Deputy Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Mark D. Montgomery, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

Discretionary review improvidently allowed.